# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-355
LT Case No. 2019-DR-4330-05P-K

_____

JUSTIN JACOBS,

Appellant,

v.

KATHERINE FLEMING,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna L. McIntosh, Judge.

Shannon McLin and Erin Pogue Newell, of Florida Appeals, Orlando, for
Appellant.

Nicholas A. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellee.


August 29, 2023

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____